```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

DONALD V. MADDEN,                       :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :
                                        :       CIVIL ACTION 14-0289-M
CAROLYN W. COLVIN,                      :
Social Security Commissioner,           :
                                        :
    Defendant.                          :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Donald V. Madden.

DONE this 28th day of January, 2015.

                                      s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE